# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO (Cleveland)

| | |
|---|---|
| **Chillious, Welcome, Edwards & Associates, Inc.,** | CASE NO. 1:08-CV-3009 |
| Plaintiff, | JUDGE: Boyko |
| -v- | **NOTICE OF VOLUNTARY DISMISSAL** |
| **ASCAP, et al.** | |
| Defendants. | |

Now comes Plaintiff, Chillious, Welcome, Edwards & Associates, Inc., by and through counsel, and requests this Honorable Court dismiss the within matter without prejudice at Plaintiff's costs.

Respectfully submitted,

IT IS SO ORDERED.

S/CHRISTOPHER A. BOYKO
U.S. DISTRICT COURT JUDGE

APRIL 17, 2009

PATRICK D. QUINN (0024806)
21801 Lakeshore Boulevard
Euclid, Ohio 44123
(216) 289-7600
Fax: (216) 289-7213
Email: pq@pqqla.com
Attorney for Plaintiff

-1-